ERIC GRANT
United States Attorney
MATHEW W. PILE, WSBN 32245
Head of Program Litigation 1
Law & Policy
Social Security Administration
ERIN A. JURRENS, MO 61402
Special Assistant United States Attorney
Program Litigation 1
Law & Policy
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235-6401
Telephone: (877) 833-2445
E-Mail: Erin.Jurrens@ssa.gov
Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAAC NELSON, | ) Case No.: 2:25-cv-02834-AC |
| Plaintiff, | ) STIPULATION AND [~~PROPOSED~~] ORDER FOR AN EXTENSION OF TIME |
| vs. | ) |
| Commissioner of Social Security, | ) |
| Defendant. | ) |

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended sixty (60) days from January 29, 2026, up to and including March 31, 2026.  This is Defendant's first request for an extension.

Defendant requests this extension to further consider the administrative record given the issues raised in Plaintiff's motion.  The undersigned has several competing deadlines in pending cases.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Stip. for Ext.; 2:25-cv-02834-AC                    1

Respectfully submitted,

Dated: January 13, 2026          /s/ *Francesco Benavides\**
                                 (*as authorized via e-mail on January 13, 2026)
                                 FRANCESCO BENAVIDES
                                 Attorney for Plaintiff

Dated: January 13, 2026          ERIC GRANT
                                 United States Attorney
                                 MATHEW W. PILE
                                 Head of Program Litigation 1
                                 Social Security Administration

                      By:        /s/ *Erin Jurrens*
                                 ERIN JURRENS
                                 Special Assistant U.S. Attorney

                                 Attorneys for Defendant


## **ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including March 31, 2026, to respond to Plaintiff's Motion for Summary Judgment.

DATED: January 13, 2026

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

Stip. for Ext.; 2:25-cv-02834-AC                    2